UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Verdell F.B.,                                          Civil No. 19-1254 (DWF/DTS)

            Plaintiff,

v.                                                   **ORDER**

Andrew W. Saul,
Commissioner of Social Security,

            Defendant.

The above matter comes before the Court upon United States Magistrate Judge David T. Schultz's Report and Recommendation dated July 20, 2020. (Doc. No. 25.) No objections have been filed to that Report and Recommendation in the time period permitted.[1] The factual background is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based on the Report and Recommendation of the Magistrate Judge and upon all the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Schultz's Report and Recommendation dated July 20, 2020 (Doc. No. [25]) is **ADOPTED**.

2. Plaintiff Verdell F.B.'s Motion for Summary Judgment (Doc. No. [16]) is **DENIED.**

---

[1] Defendant filed a non-objection response requesting that the Court adopt the Report and Recommendation. (Doc. No. 26.)

3. The Commissioner's Motion for Summary Judgment (Doc. No. [21]) is **GRANTED**.

4. The Court affirms the Commissioner's final decision and **DISMISSES** Plaintiff's appeal.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 12, 2020            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge